Benjamin Perry, Appellee and Cross-Appellant, v. Elizabeth Perry, etc., Lorinda Perry, Eugene B. Perry et al., Appellants. William W. Curran, Cross-Appellant.

Gen. No. 45,018. 

 Elizabeth Perry, *pro se*, for appellants, and Lorinda Perry, *pro se*, and as attorney for certain appellant; David F. Matchett, Jr., of counsel; William W. Curran, *pro se;* Horace A. Young, for certain appellee and cross-appellant. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed June 13, 1951; rehearing denied July 16, 1951; released for publication July 30, 1951.